UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY HARMON,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMERICAN MEDICAL SYSTEMS,<br>INC.,<br><br>                    Defendants. | NO:  2:21-CV-0338-TOR<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Voluntarily Dismiss Case with Prejudice (ECF No. 2).  Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1       The District Court Executive is directed to enter this Order and Judgment of

2   Dismissal, furnish copies to counsel, and **CLOSE** the file.

3       **DATED** December 20, 2021.



                    THOMAS O. RICE
              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2