AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KIMBERLY HARMON,<br>*Plaintiff*<br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br>*Defendant* | ) ) ) ) ) Civil Action No. 2:21-CV-0338-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims and causes of action in this matter are DISMISSED with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on Plaintiff's Motion to Voluntarily Dismiss Case with Prejudice (ECF No. 2).

Date: December 20, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ B. Fortenberry
*(By) Deputy Clerk*
B. Fortenberry